An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDDY A. MARTINEZ,
Appellant,
vs.
NEVADA DEPARTMENT OF
CORRECTIONS; AND NEVADA
BOARD OF PAROLE
COMMISSIONERS,
Respondents.

No. 62613

**FILED**

APR 2 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Appellant seeks to challenge a district court order denying a motion to extend the prison copy work limit. As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). As we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]Appellant's failure to file his proper person appeal statement constitutes an independent basis for dismissing this appeal.

13-12507

cc: Hon. Brent T. Adams, District Judge
Freddy A. Martinez
Attorney General/Carson City
Washoe District Court Clerk